# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO MENDEZ, | Case No. CV 12-2122 JAK(JC) |
| Petitioner, | JUDGMENT |
| v. | |
| J. TIM OCHOA, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 17, 2015

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE